```
                 IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

**KARL WHITE, et al.**           :       **CIVIL ACTION**
         **v.**                 :
**COMMONWEALTH OF PENNSYLVANIA,**  :
**et al.**                        :       **NO. 07-2773**

M E M O R A N D U M   A N D   O R D E R

      AND NOW, this         day of August, 2007, it is hereby ORDERED that:

      1.  Co-plaintiffs, Deen Jones and Anthony Cooper, having failed to file complete motions to proceed in forma pauperis,[1] and having informed the Court that they wish to withdraw from this civil action (see docket no. 5), their motions to proceed in forma pauperis are DENIED, and they are hereby DISMISSED from this civil action.  The Clerk of Court shall amend the docket accordingly;

      2.  Plaintiff, Karl White, is informed that pursuant to 28 U.S.C. § 1915(b) an initial partial filing fee of $4.60 is assessed, and that after such fee is collected, the balance of the $350 filing fee will be deducted from his prisoner account as the proceeds become available.  Plaintiff is also informed that if the Court dismisses this case prior to service pursuant to 28

---

1.  Deen Jones and Anthony Cooper have failed to file certified copies of their prisoner account statements, as required by 28 U.S.C. § 1915(a).

1

U.S.C. § 1915(e), he will be obligated to pay the full filing fee;

   3. Accordingly, plaintiff's motion to proceed in forma pauperis is DENIED WITHOUT PREJUDICE.  We shall give plaintiff thirty (30) days to decide whether he wants to proceed with this case.  If, within that time, plaintiff files with the Court a notice that he wishes to proceed with this case and thereby obligate himself to pay the $350 filing fee, this action will be reinstated.  If plaintiff decides not to proceed with this case, he will not be obligated to pay the filing fee; and

   4. The Clerk of Court shall CLOSE this case statistically.

             **BY THE COURT:**


             **/S/ THOMAS N. O'NEILL, JR., J.**
_____

Case 2:07-cv-02773-TON   Document 7   Filed 09/04/07   Page 3 of 3